IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JUN 14  P 3:13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROBERT WAYNE WINSTEAD, JR., an individual; § § § Plaintiff, § § v. § § DONALDSON COMPANY, INC., § a foreign corporation; § § Defendant. § | 3:06cv529-VPM<br><br>Civil Action No. CV-~~2006~~-____<br><br>Jury Trial Demanded |

# COMPLAINT

## PARTIES

1.  Plaintiff, Robert Wayne Winstead, Jr. is an individual over the age of nineteen who is domiciled in Conover, North Carolina.

2.  Defendant, Donaldson Company, Inc. is a foreign corporation incorporated under the laws of Deleware with its principle place of business in Minnesota, and at all times relevant hereto doing business in Lee County, Alabama.

### ALLEGATION OF FEDERAL DIVERSITY JURISDICTION

3.  Plaintiff is a citizen of the State of North Carolina. The defendant Donaldson Company, Inc. is a foreign corporation incorporated under the laws of the State of Deleware having its principle place of business in a state other than Alabama. The amount in controversy exceeds, exclusive of interest and costs, the sum of

$75,000.00.

## COUNT I

4.      Plaintiff adopts and re-alleges all prior paragraphs of this Complaint as if set out here in full.

5.      On or about June 15, 2004, the plaintiff Robert Wayne Winstead Jr. was at a warehouse in Auburn, Alabama owned and operated by the defendant Donaldson Company Inc. for the purpose of loading goods onto a tractor trailer for hauling.

6.      While in said warehouse, the plaintiff Robert Wayne Winstead Jr. was struck by a fork lift that was negligently and/or wantonly driven and operated by Jason Helms, an employee, servant, and/or agent of the defendant Donaldson Company Inc.

7.      The plaintiff alleges that the driver of the said fork lift, Jason Helms, was an agent, servant, and/or employee of the defendant Donaldson Company Inc. and at all times relevant hereto was acting within in the line and scope of his agency and/or employment so that the defendant Donaldson Company, Inc. is liable for the negligent and/or wanton conduct of Jason Helms.

8.      As a proximate result of the defendant's negligence and/or wantoness, plaintiff Robert Wayne Winstead Jr., was injured and damaged as follows:

   a.   Robert Wayne Winstead Jr. was caused to suffer multiple severe injuries, including but not limited to, injuries to his hands, arms, and back.

   b.   Robert Wayne Winstead Jr. was caused to undergo multiple medical procedures including, but not limited to, surgery on his back.

    c.    Robert Wayne Winstead Jr. was caused and will be caused in the future to expend large sums of money in the nature of doctor, hospital, drug and other medical expenses in and about an effort to heal and cure his said injuries.

    d.    Robert Wayne Winstead Jr. was caused to be permanently unable to pursue many of his normal and usual activities.

    e.    Robert Wayne Winstead Jr. was caused to suffer loss of wages.

    f.    Robert Wayne Winstead Jr. was caused to suffer mental anguish and emotional distress.

9. Plaintiff Robert Wayne Winstead Jr. claims punitive damages from the defendant for the wanton conduct described herein.

WHEREFORE, PREMISES CONSIDERED, plaintiff demands judgment against the defendant, for compensatory damages and punitive damages, in amounts to be determined by a struck jury, plus interest and costs.

## COUNT II

10. Plaintiff adopts and re-alleges all prior paragraphs of this Complaint as if set out here in full.

11. The defendant Donaldson Company Inc. negligently and/or wantonly implemented and/or , maintained, improper safety measures inside the said facility to prevent visitors from being struck by fork lifts, and/or negligently failed to properly mark the areas of the facility in which fork lifts were in operation, and/or negligently and/or wantonly failed to warn the plaintiff, Robert Wayne Winstead Jr.

3

of the danger posed by fork lifts in the facility.

12. As a proximate result of the defendant's negligence and/or wantoness, plaintiff Robert Wayne Winstead Jr., was injured and damaged as follows:

    a. Robert Wayne Winstead Jr. was caused to suffer multiple severe injuries, including but not limited to, injuries to his hands, arms, and back.

    b. Robert Wayne Winstead Jr. was caused to undergo multiple medical procedures including, but not limited to, surgery on his back.

    c. Robert Wayne Winstead Jr. was caused and will be caused in the future to expend large sums of money in the nature of doctor, hospital, drug and other medical expenses in and about an effort to heal and cure his said injuries.

    d. Robert Wayne Winstead Jr. was caused to be permanently unable to pursue many of his normal and usual activities.

    e. Robert Wayne Winstead Jr. was caused to suffer loss of wages.

    f. Robert Wayne Winstead Jr. was caused to suffer mental anguish and emotional distress.

13. Plaintiff Robert Wayne Winstead Jr. claims punitive damages from the defendant for the wanton conduct described herein.

WHEREFORE, PREMISES CONSIDERED, plaintiff demands judgment against the defendant, for compensatory damages and punitive damages, in amounts to be determined by a struck jury, plus interest and costs.

## JURY DEMAND

Plaintiff demands a struck jury for the trial of this cause.

_/s/ Erby J. Fischer_
Erby J. Fischer (FIS-010)

_/s/ Justin L. Smith_
Justin L. Smith (SMI-273)

**OF COUNSEL:**
CROSS, POOLE, GOLDASICH & FISCHER, LLC
Morgan Keegan Center
2900 Highway 280/Suite 200
Birmingham, Alabama 35223
(205) 423-8504/ Fax (205) 423-8510

**SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

Donaldson Company, Inc.
William M. Cook- Registered Agent
1400 W. 94th Street
Bloomington, MN 55431