AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama Eastern Division_____

Robert Wayne Winstead Jr.

## SUMMONS IN A CIVIL ACTION

V.

Donaldson Company, Inc.

CASE NUMBER:  ~~2006~~ 3 : 06cv 529 · VPM

TO: (Name and address of Defendant)

Donaldson Company, Inc.
William Cook- Registered Agent
1400 W. 94th Street
Bloomington, MN 55431

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Erby J. Fischer
Cross, Poole, Goldasich, & Fischer, LLC
2900 Highway 280, Suite 200
Birmingham, AL 35223

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

6 / 19 / 0 6
_____
DATE