**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Donaldson Company, Inc.**
**William M. Cook – Registered Agent**
**1400 W. 94th Street**
**Bloomington, MN 55431**

06cw529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Ben Valtierra*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
BEN VALTIERRA

C. Date of Delivery
6/23/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

S + C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1010 0000 1277 7242

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540