**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 14, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Cargo Transporters Company etc v. Donaldson Company, Inc.
Civil Action No.  3:06-cv-00529-VPM

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now 3:06cv00529-WKW.  This new case number should be used on all future correspondence and pleadings in this action.