IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WAYNE WINSTEAD, JR., an individual; | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:06-CV-529 |
| DONALDSON COMPANY, INC., a foreign corporation; | § § § | Jury Trial Demanded |
| Defendant. | § § | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. P. 26(f), the parties held a meeting on <u>August 8, 2006.</u> The Attorneys who participated were:

   Erby J. Fischer for plaintiff; and
   Keith Gann for defendant.

2. Pre-Discovery Disclosures. The parties will exchange information required by Fed.R.Civ.P. 25(a)(1) and Local Rule 26.1(a)(1) by <u>September 1, 2006.</u>

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: This case arises out of contact between the plaintiff and a fork lift/ tow motor in a warehouse in Auburn, Lee County Alabama. The parties will conduct discovery on all liability issues and damages.

**All discovery commenced in time to be completed by <u>February 9, 2007.</u>**

**Maximum of <u>30</u> Interrogatories, including subparts, by plaintiff to defendants and by defendants to plaintiff.**

**Maximum of <u>8</u> depositions may be taken by plaintiff and a total of 8 depositions may be taken by defendants.**

**Maximum of <u>40</u> requests for production by each party.**

**Maximum of <u>30</u> requests for admission by each side.**

**Each deposition limited to maximum of <u>4</u> hours, except for parties, unless extended by agreement of the parties.**

**Reports from retained experts under Rule 26 (a)(2) due:**
　　**from Plaintiff by <u>February 23, 2007.</u>**
　　**from Defendant by <u>March 23, 2007.</u>**

**Supplementations under Rule 26(e) due <u>November 15, 2006.</u>**
　　**Other Items.**
**4.**

**The parties do not request a conference with the Court before entry of the scheduling order.**

**The parties request a pretrial conference in <u>May of 2007.</u>**

**Plaintiff should be allowed until <u>September 1, 2006</u> to join additional parties and to amend the pleadings.**

**Defendants should be allowed until <u>September 30, 2006</u> to join additional parties and to amend the pleadings.**

**All potentially dispositive motions should be filed by <u>February 23, 2007.</u>**

**Settlement can be evaluated at this time.**

**Finalists of trial evidence under Rule 26(a)(3) would be due on <u>May 16, 2007.</u>**

**Parties should have <u>15 </u>days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).**

**The case should be ready for trial by <u>June, 2007</u>.**

**Date:<u>  August 8, 2006</u>**

<div style="margin-left:auto">

**Respectfully submitted,**
**<u>s/ Erby J. Fischer</u>**
**Erby J. Fischer**
**Attorney for Plaintiff**
**AL Bar No.: ASB-2236-F40E**
**Cross, Poole, Goldasich & Fischer, LLC**
**2900 Hwy 280, Suite 200**
**Birmingham, Alabama 35223**
**(205) 423-8504**
**(205) 423-8510 (Facsimile)**
**Email: <u>erby.fischer@cpgf.com</u>**

**<u>s/Keith Gann</u>**
**Keith Gann**
**Attorney for Defendant**
**AL Bar No.: ASB-**
**Huie, Fernabucq & Stewart, LLP**
**2801 Highway 280 South, Suite 200**
**Birmingham, AL 35223**
**(205) 251-1193**
**(205) 251-1256 (Facsimile)**
**Email: <u>MKG@hfsllp.com</u>**

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of August, 2006, I electronically filed the foregoing Notice with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

And I hereby certify that I have mailed by United States Postal Service by certified mail the document to the following non-CM/ECF participants:

**None.**

Respectfully submitted,
s/ Erby J. Fischer
Erby J. Fischer
Attorney for Plaintiff
AL Bar No.: ASB-2236-F40E
Cross, Poole, Goldasich & Fischer, LLC
2900 Hwy 280, Suite 200
Birmingham, Alabama 35223
(205) 423-8504
(205) 423-8510 (Facsimile)
Email: erby.fischer@cpgf.com

s/Keith Gann
Keith Gann
Attorney for Defendant
AL Bar No.: ASB-
Huie, Fernabucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
(205) 251-1193
(205) 251-1256 (Facsimile)
Email: MKG@hfsllp.com

Case 3:06-cv-00529-MEF-WC    Document 7    Filed 08/08/2006    Page 5 of 5