IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 OCT 10 P 1:57

| | |
|---|---|
| ROBERT WAYNE WINSTEAD, JR. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-529-WKW |
| ) | |
| DONALDSON COMPANY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## MOTION TO CONSOLIDATE

**COMES NOW** Movant, Cargo Transporters Company, pursuant to the principles of judicial economy and, partially, Rule 20 of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court consolidate this matter, with another case pending in this Court, said case being Cargo Transporters Company v. Donaldson, 3:06-cv-348-MEF. In support of this Motion, Movant would show as follows:

1. Movant filed case number 3:06-cv-348-MEF in order to protect its workers compensation lien on behalf of the Plaintiff in this matter. The Movant had to file said action because the statute of limitations was expiring.

2. Movant filed case number 3:06-cv-348-MEF to enforce its right of subrogation against a possible third party wrongdoer regarding the injuries to Mr. Winstead, in order to recover sums of money it had paid to Mr. Winstead as a result of an on the job injury.

3. After Movant filed case number 3:06-cv-348-MEF, Mr. Winstead filed his own complaint in this matter

4.  It is undisputed that the Movant is entitled to a lien for any proceeds received by Mr. Winstead, should his claim against Defendant be successful, to the extent said proceeds are less than or equal to the total amount expended by the Movant on behalf of Mr. Winstead.

5.  Trial dates have been set on both cases.

6.  Rather than having duplicitous litigation on both causes of action, the best interest of judicial economy would be to consolidate these two cases and have the Court enter an Order protecting the worker's compensation lien of the Movant, should Mr. Winstead prevail on his claim against the Defendant.

Respectfully submitted this _____ day of October, 2006.

ATTORNEY FOR PLAINTIFF
CARGO TRANSPORTERS

James B. Douglas, Jr.
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
(334) 821-1596
Ala Bar No. 8935-6835

### CERTIFICATE OF SERVICE

I have served a copy of the foregoing upon the following by placing a copy in the U.S. mail, postage prepaid and properly addressed, on this the _____ day of October, 2006.

M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223

Erby J Fischer
Cross, Poole, Goldasich & Fischer, LLC
2900 Highway 280, Suite 200
Birmingham, AL 35223

Justin Lee Smith
Cross, Poole, Goldasich & Fischer, LLC
2900 Highway 280, Suite 200
Birmingham, AL 35223

                                                                                James B. Douglas, Jr.