IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WAYNE WINSTEAD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-529-WKW |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On October 10, 2006, Cargo Transporters Company ("Cargo") filed a Motion to Consolidate (Doc. # 9) requesting consolidation of this case with a case pending before another district judge, *Cargo Transporters Company v. Donaldson*, 3:06-cv-348-MEF. Although Cargo is the plaintiff in the case before Chief District Judge Mark E. Fuller, Cargo is not a party in the instant action before the undersigned. Accordingly, it is hereby

ORDERED that the motion to consolidate (Doc. # 9) is DENIED without prejudice.

It is further ORDERED that on or before October 20, 2006, Cargo shall file the appropriate motion, pursuant to the Federal Rules of Civil Procedure, if it wants to join as a party to this action.

DONE this 12th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE