IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE WINSTEAD, JR. )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>DONALDSON COMPANY, INC., )<br>)<br>DEFENDANT. ) | CASE NO. 3:06-cv-529-WKW |

### MOTION TO JOIN ACTION AS A PARTY PLAINTIFF

**COMES NOW** Movant, Cargo Transporters Company, pursuant Rule 20 of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court to permit Cargo Transporters Company to join this action as a party Plaintiff. In support of this Motion, Movant would show as follows:

1. Movant paid workers compensation benefits to Plaintiff Winstead as a result of an on-the-job injury, said injury being the basis of this action.

2. Should Plaintiff Winstead prevail in this matter, Movant would be entitled to recover the sums expended on behalf of Plaintiff Winstead pursuant to the North Carolina Workers Compensation Act.

3. As such, Movant asserts a right to relief arising out of the same transaction or occurrence as that claimed by Plaintiff Winstead. As such, movant is entitled to join this action as a party plaintiff, pursuant Rule 20 of Federal Rules of Civil Procedure.

Respectfully submitted this 20̶ 13 day of October, 2006.

ATTORNEY FOR
CARGO TRANSPORTERS

_____
James B. Douglas, Jr.
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
(334) 821-1596
Ala Bar No. 8935-u83j

## CERTIFICATE OF SERVICE

I have served a copy of the foregoing upon the following by placing a copy in the U.S. mail, postage prepaid and properly addressed, on this the 23 day of October, 2006.

M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223

Erby J Fischer
Cross, Poole, Goldasich & Fischer, LLC
2900 Highway 280, Suite 200
Birmingham, AL 35223

Justin Lee Smith
Cross, Poole, Goldasich & Fischer, LLC
2900 Highway 280, Suite 200
Birmingham, AL 35223

_____
James B. Douglas, Jr.