IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **CARGO TRANSPORTERS COMPANY, on behalf of Robert Winstead,** | ) ) ) ) | |
| **PLAINTIFF,** | ) ) | |
| VS. | ) ) | **CASE NO. 3:06 CV 348 MEF-VPM** |
| **DONALDSON COMPANY, INC.,** | ) ) | |
| **DEFENDANT.** | ) | |
| **ROBERT WINSTEAD,** | ) ) | |
| **PLAINTIFF,** | ) ) | |
| VS. | ) ) | **CASE NO. 3:06 CV 529 MEF-VPM** |
| **DONALDSON COMPANY, INC.,** | ) ) | |
| **DEFENDANT.** | ) | |

**MOTION TO CONSOLIDATE**
_____

Comes now the Defendant, Donaldson Company, Inc., and moves this Court for an Order consolidating the above referenced cases and as grounds for this Motion shows unto the Court as follows:

1

1. These two lawsuits grow out of the same accident. The suit brought by Cargo Transporters Company is to recovery worker's compensation benefits paid to Robert Wayne Winstead, Jr. The lawsuit by Robert Wayne Winstead, Jr. seeks damages for personal injury as a result of the same on-the-job accident.

2. The actions should be consolidated so there can be one trial of all of the issues related to this accident. A consolidation would prevent inconsistent verdicts and would promote judicial economy.

3. The attorney for Plaintiff, Cargo Transporters Company, also seeks to consolidate these cases.

WHEREFORE, the Defendant, Donaldson Company, Inc., moves this Court for an Order consolidating the above referenced case for discovery and trial.

                                                s/ M. Keith Gann
Attorney for Defendant
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
mkg@hfsllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above and foregoing **MOTION TO CONSOLIDATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
Post Office Box 1423
Auburn, Alabama 36831

Erby J. Fischer, Esq.
CROSS, POOLE, GOLDASICH & FISCHER, LLC
Morgan Keegan Center
2900 Highway 280, Suite 200
Birmingham, Alabama 35223

on this **31st** day of **October, 2006.**

s/ M. Keith Gann<br>Of Counsel