IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE WINSTEAD, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-529-MEF |
| | ) |
| DONALDSON COMPANY, INC., | ) |
| | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that the Court's Uniform Scheduling Order (Doc. #8) entered on August 9, 2006 is VACATED. A new scheduling order will be entered.

DONE this the 28th day of November, 2006.

                                      /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE