IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE WINSTEAD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-529-MEF |
| | ) |
| DONALDSON COMPANY, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of Cargo Transporters Company's Motion to Join Action as a Party Plaintiff (Doc. # 12), it is hereby ORDERED that the Motion to Join Action as a Party Plaintiff (Doc. # 12) is GRANTED.

DONE this the 28th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE